**JUDGE KAPLAN**

**07 CV 3818**

247-07/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BC 1651)

MAY 15 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AMERICAS BULK TRANSPORT LTD.,

                Plaintiff,                **07 CV**

   - against -                **RULE 7.1 STATEMENT**

LION SHIPHOLDINGS a/k/a LION
SHIPHOLDINGS LIBERIA,

                Defendant.
------------------------------------------------------------x

Plaintiff AMERICAS BULK TRANSPORT LTD., by and through its undersigned attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parent and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       May 15, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              AMERICAS BULK TRANSPORT LTD.

                          By: _____
                              Peter J. Gutowski (PG 2200)
                              Barbara G. Carnevale (BG 1651)
                              80 Pine Street
                              New York, NY 10005
                              (212) 425-1900
                              (212) 425-1901 Fax

NYDOCS1/283354.1