UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
AMERICAS BULK TRANSPORT LTD.,

                Plaintiff,

          -against-                              07 Civ. 3818 (LAK)

LION SHIPHOLDINGS a/k/a LION SHIPHOLDINGS
LIBERIA,

                Defendant.
------------------------------------x

                              **ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This maritime action was brought to obtain security in favor of plaintiff pending arbitration of a claim for breach of a charter party. Plaintiff obtained process of maritime attachment and garnishment and succeeded in attaching some property.

        On July 23, 2007, plaintiff's counsel appeared for a pretrial conference. Defendant did not appear.

        Plaintiff's counsel then advised the Court that the parties were in settlement discussions and that the case either would settle or that substitute security would be posted within 60 days. Plaintiff, however, has neither dismissed the action nor communicated with the Court since.

        Accordingly, plaintiff shall show cause, on or before October 19, 2007, why this action should not be dismissed for failure to prosecute or, alternatively, why a 60 day order should not be entered.

        SO ORDERED.

Dated:      October 10, 2007

                                                          Lewis A. Kaplan
                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07